UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN LUIS BARRERA RODRIGUEZ (A No. 206 149 268), | No.  1:26-cv-2149 DJC CKD P |
| Petitioner, | |
| v. | ORDER |
| CHRISTOPHER CHESTNUT, et al., | |
| Respondents. | |

Petitioner, detained by the Immigration and Customs Enforcement Agency (ICE) at the California City ICE Detention Facility (ECF No. 1 at 2), has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 seeking release.[1]   While the petition is submitted to the court for decision, the court requires further briefing.  Good cause appearing IT IS HEREBY ORDERED that, within 7 days, respondents submit further briefing addressing the following:

1.  The status of petitioner's removal.

2.  Whether petitioner's December 1, 2025, conviction provides a statutory basis for his present confinement.

---

[1] This matter proceeds before the undersigned pursuant to 28 U.S.C. § 636, Fed. R. Civ. P. 72, and Local Rule 302(c)(17).

1

3.  Whether 28 U.S.C. § 1231(a)(6) provides a basis for petitioner's present confinement.

4.  Whether "Field Office Director" Sergio Albarran's revocation of release (ECF No. 10-1) complied 8 C.F.R § 241.4(l) as it does not appear that he is an "Executive Associate Commissioner" or "district director." If Mr. Albarran is a "district director," there is no indication that he specifically found revocation of release to be in the public interest nor that the circumstances did not permit referral of the case to the Executive Associate Commissioner.

5.  Petitioner may file a response to respondents' brief within 7 days of service thereof.

Dated:  April 27, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
rodr2149.fb

2